IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-CM-2820-SRW |
| MARILYN C. KENNEDY WADE, | ) |
| Defendant. | ) |

**MOTION FOR FUNDS FOR PRIVATE INVESTIGATOR**

**COMES NOW** the defendant, **MARILYN C. KENNEDY WADE**, by and through the undersigned appointed attorney of record, and hereby files this Motion for Funds for Private Investigator with this Court, and respectfully proffers the following as grounds in support:

1. The defendant is a target of investigation regarding possible criminal offenses relating to various federal criminal violations in this District.

2. The defendant is indigent.

3. Counsel for Defendant has no specific training or experience in the field of criminal investigation.

4. The Government has relied on the services of numerous trained criminal investigators to construct a case against the Defendant. Without independent investigative assistance, the Defendant has no realistic way to meet or counteract the Prosecution's advantage in this area.

5. Counsel for Defendant proposes to hire a Licensed Private Investigator to perform the necessary investigation and interview witnesses

**WHEREFORE**, the Defendant moves this Honorable Court for an Order

approving the expenditure of up to $1,400.00, plus reasonable necessary expenses not to exceed $250.00, for defense investigative services.

**Respectfully** submitted this 9th day of October, 2014.

/s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:   (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**